# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160668-9(60)(61)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES CURTIS BECK,
      Defendant-Appellant.
_____/

SC: 160668-9
COA: 342039, 342043
Macomb CC: 2016-000309-FH;
    2017-001376-FC

On order of the Chief Justice, the motions of defendant-appellant to file an application for leave to appeal in excess of the page limitation and to file a pro se supplement to the application are GRANTED. The 64-page application and the pro se supplement submitted on December 12, 2019, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2019



Clerk